1126

No. 72–754. DANNING, TRUSTEE IN BANKRUPTCY, ET AL. *v.* BRUNSWICK CORP. ET AL. C. A. 9th Cir. Certiorari denied. 

No. 72–760. KNOLL ET AL. *v.* PHOENIX STEEL CORP. ET AL. C. A. 3d Cir. Certiorari denied. 

No. 72–765. MILLER *v.* BOARD OF LAW EXAMINERS OF TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 72–778. WILKIN *v.* SUNBEAM CORP. C. A. 10th Cir. Certiorari denied. 

No. 72–5195. SMITH *v.* SUPREME COURT OF OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 72–5283. PARKER *v.* SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied. ██

No. 72–5311. BROWN *v.* WYMARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 72–5322. HINOJOS *v.* BLACK, CONSERVATION CENTER SUPERINTENDENT. C. A. 9th Cir. Certiorari denied. 

No. 72–5371. WILEY *v.* STONE, CORRECTIONAL SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 72–5426. KAHINU *v.* HAWAII. Sup. Ct. Hawaii. Certiorari denied. 

No. 72–5441. BRYANT *v.* TEXAS. C. A. 5th Cir. Certiorari denied. 

No. 72–5470. CASTANEDA *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.